**Order entered April 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01640-CV

### IN RE LAKEITH AMIR SHARIF, Relator

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-7655**

## ORDER

The Court has before it relator's March 6, 2013 motion for en banc reconsideration. The

Court **DENIES** the motion.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE